IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PRUVIT VENTURES, INC.** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-00796-ALM |
| § | |
| **CASEY KIO** § | |
| § | |
| § | |
| *Defendants.* § | |

## AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT

Pending before the Court is Plaintiff Pruvit Ventures, Inc. ("Pruvit" or "Plaintiff") and Defendant Casey Kio ("Kio" or "Defendant") Joint Application for Entry of Agreed Permanent Injunction and Final Judgment (Dkt. #8). The Parties have advised the Court that they request the Court enter the following Agreed Permanent Injunction (the "Order") and have fully and completely consented to and agreed to be bound by this Order,[1] and have reached a settlement in this case.

After considering the application, the record, the relevant authorities, and in light of the agreement of the parties, the Court finds that there is good cause to grant this Order. The Court further finds that Pruvit is entitled to the Agreed Permanent Injunction in this matter, hereby makes all necessary findings to support the entry of this Order, and the parties hereto waive any other findings or procedural requirements necessary to support entry of this Order.

Based on the Parties' agreement and the Court's findings, it is **ORDERED** as follows**:**

Kio is enjoined and restrained, both directly and from engaging in any of the following:

---

[1] The parties have stipulated, and the Court now finds, that all parties enjoined by this Order have waived all rights to seek judicial review or otherwise challenge or contest the validity of this Order, whether directly or collaterally.

    a. Through August 9, 2024, Kio shall not induce any existing Pruvit customer or promoter, whom Kio knows is a Pruvit customer or promoter, to terminate his/her/its business relationship with Pruvit;

    b. Through August 9, 2024, Kio shall not induce any existing Pruvit promoter, whom Kio knows is a Pruvit promoter, to violate or breach the terms of his/her/its Pruver Agreement;

    c. Through August 9, 2024, Kio shall not directly or indirectly recruit, any other Pruvit promoters and customers, whom Kio knows is a Pruvit customer or promoter, for any other direct sales or network marketing business;

    d. Through August 9, 2024, Kio shall not engage, or attempt to engage, in any transactions relating to the business of Pruvit, including any soliciting, promotion or selling of any products offered by Pruvit with a network marketing company other than Pruvit, including but not limited to nutritional drinks, ketones, electrolytes, collagen, and keto creams;

    e. Directly or indirectly disclose or otherwise use, in any manner, any confidential and/or proprietary information relating to Pruvit or any of its products and services; and

    f. Through August 9, 2024, promote or market Green Compass Inc.'s products or services utilizing any social media pages utilized by Kio while she was a Pruvit promoter.

    g. Kio shall unfriend and unfollow any person identified in Exhibit A to the Parties' Settlement Agreement within seven (7) days after the filing of this Injunction. Alternatively, Kio can deactivate any social media accounts she utilized while working for Pruvit and those accounts must remain deactivated until August 9, 2024. Exhibit A was mutually agreed upon by Kio and Pruvit. Kio shall not accept friend or follow requests from any person identified in Exhibit A until August 9, 2024 or a sooner date as identified in Exhibit A, on the social media pages referenced herein.

If Pruvit believes that there has been a violation of any of the injunctive provisions above, then Pruvit shall provide written Notice to Kio. Notice shall be provided to Paul Simon at paul@simonpaschal.com. Kio will then have seven (7) days from receipt of the Notice to cure the alleged violation ("Cure Period"), to the extent cure is possible.

Other than the injunctive relief granted hereby, the Court **ORDERS** that any other claims by and between the parties are **DISMISSED WITH PREJUDICE** and this case closed.

The Court further **ORDERS** that it shall retain jurisdiction over this matter solely to enforce this Order, hold contempt and other proceedings to enforce this Order, and to issue any relief the Court deems appropriate should any of the parties violate this Order.

This Final Judgment and Agreed Permanent Injunction shall be entered as a final judgment under Federal Rule of Civil Procedure 54 and 58(a).

**IT IS SO ORDERED.**
**SIGNED this 19th day of December, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE
AND ENTRY REQUESTED:**


*/s/ Kelly E. Kleist*_____
**BYRON K. HENRY
KELLY E. KLEIST**
*Attorney for Plaintiff*


*/s/ Paul Simon (With Permission)*
**PAUL SIMON**
*Attorney for Defendant*